```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-16-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Tarsha D. GUINN,

                Plaintiff,

                              12 Civ. 6701 (ALC)(SN)

      - against -                ORDER ADOPTING REPORT
                                            AND RECOMMENDATION

Sergeant M. SEAMON, et al.,

                Defendants.

----------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    On September 4, 2012, pro se Plaintiff Tarsha D. Guinn filed a Complaint against Sergeant M. Seamon, Sergeant Hoke, and Sergeant McGuire (collectively "Defendants"), alleging violations of her Sixth and Eighth Amendment rights.

    This matter was referred to Magistrate Judge Sarah Netburn pursuant to a November 30, 2012 Order. In accordance with an Order dated January 3, 2013, Plaintiff was directed to contact the court within thirty (30) days with her current contact information. Plaintiff was warned that "[f]ailure to do so will result in a dismissal of the case under Federal Rule of Civil Procedure 41(b)." (Dkt. No. 13.) Plaintiff did not submit her contact information as directed by the January 3 Order nor has she taken any further action in this case subsequent to the filing of the Complaint.

After careful consideration, Magistrate Judge Netburn issued a Report and Recommendation ("R&R") on February 22, 2013, proposing this case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Despite notification of the right to object to the R&R, no objections were filed. When no objection is made, the Court subjects the R&R to a clear error review. Arthur v. Goord, No. 06 Civ. 326 (DLC), 2008 WL 482866, at *3 (S.D.N.Y. Feb. 21, 2008) ("To accept those portions of the report to which no timely objection has been made, 'a district court need only satisfy itself that there is no clear error on the face of the record.'" (quoting Figueroa v. Riverbay Corp., No. 06 Civ. 5364 (PAC), 2006 WL 3804581, at *1 (S.D.N.Y. Dec. 22, 2006))). The Court's review finds no clear error, and accordingly, the Court **ADOPTS** Magistrate Judge Netburn's R&R in its entirety. It is hereby **ORDERED** that the Complaint be **DISMISSED WITH PREJUDICE** for failure to prosecute. The Clerk of Court is respectfully directed to close this case and to enter judgment consistent with this Order.

SO ORDERED.

Dated: New York, New York
July 16, 2013

Andrew L. Carter, Jr.
United States District Judge

2